UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09CR3221-PCL |
| v. | JUDGMENT |
| DELICIA MARIE MARKOVICH | Kathryn Thickstun Leff |
| | Defendant's Attorney |

REGISTRATION NO. 14942298

VIOLATION: 18 U.S.C. Sec. 111(a) - Assault on a Federal Officer  (misdemeanor)

_x_ Defendant pleaded guilty to count one of the superseding information
___ Count(s) _____ dismissed on the government's oral motion.
_x_ Underlying    information    dismissed on the government's oral motion.

### JUDGMENT
_x_ Defendant is adjudged guilty on count one of the superseding information

_x_ SUPERVISED Probation for a term of 1 year
on the following conditions:
_x_ obey all laws, Federal, State and Municipal
_x_ comply with all lawful rules and regulations of the probation department
_x_ to enroll in school to obtain GED
___ not transport, harbor or assist undocumented aliens
___ not reenter the United States illegally
___ not possess any firearm, destructive device or any other dangerous weapon
_x_ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
___ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.
_x_ Penalty assessment of $ 10.00 - waived
_x_ Fine waived          ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.



October 21, 2009
Date of Imposition of Sentence

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE
Entered on: